**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 14-21044
§
JAKE E. KRAJEWSKI §
KRISTY A KRAJEWSKI §
§
Debtors §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/04/2014. The undersigned trustee was appointed on 06/04/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $4,633.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $8.86 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $2,665.56 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $1,958.58 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/23/2015 and the deadline for filing government claims was 03/23/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $491.86. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $491.86, for a total compensation of $491.86[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $5.66, for total expenses of $5.66.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/15/2015     By:  /s/ David P. Leibowitz
                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 14-21044-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KRAJEWSKI, JAKE E. AND KRAJEWSKI, KRISTY A | Date Filed (f) or Converted (c): | 06/04/2014 (f) |
| For the Period Ending: | 7/15/2015 | §341(a) Meeting Date: | 07/22/2014 |
| | | Claims Bar Date: | 03/23/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  2014 Tax Refund (u) | $0.00 | Unknown | | $4,633.00 | FA |
| 2  2434 E. BRANDENBERRY CT. UNIT A ARLINGTON HEIGHTS, IL 60004 | $80,000.00 | $0.00 | | $0.00 | FA |
| 3  CASH ON HAND | $1,045.00 | $0.00 | | $0.00 | FA |
| 4  CHASE BANK PO BOX 659734 SAN ANTONIO, TX 78265 | $74.00 | $0.00 | | $0.00 | FA |
| 5  CHASE BANK, PO BOX 659734, SAN ANTONIO, TX 78265 | $24.00 | $0.00 | | $0.00 | FA |
| 6  CHASE BANK | $1,013.00 | $0.00 | | $0.00 | FA |
| 7  MICHAEL STRASS, 1009 N BELMONT AVENUE ARLINGTON HEIGHTS, IL 60004 | $500.00 | $0.00 | | $0.00 | FA |
| 8  NORMAL AMOUNTS OF USED FURNITURE, CHILDREN'S FURNITURE ALL IN 3 BEDROOM RENTED HOUSE | $400.00 | $0.00 | | $0.00 | FA |
| 9  ANTIQUES FROM GRANDMA; 200 DVD'S | $100.00 | $0.00 | | $0.00 | FA |
| 10 NORMAL AMOUNTS OF USED CLOTHING | $100.00 | $0.00 | | $0.00 | FA |
| 11 LADIES ENGAGEMENT RING AND 2 WEDDING BANDS | $3,480.00 | $0.00 | | $0.00 | FA |
| 12 FISHING POLES; 40 CAL. AUTOMATIC HANDGUN | $600.00 | $0.00 | | $0.00 | FA |
| 13 ETI BENEFIT FUND, 221 N LASALLE ST. SUITE 200 CHICAGO, IL 60601 | $77,591.00 | $0.00 | | $0.00 | FA |
| 14 2003 CHEVROLET TRAILBLAZER MOTOR VEHICLE | $2,850.00 | $450.00 | | $0.00 | FA |
| 15 2001 JEEP WRANGLER SPORT/TJSP | $4,125.00 | $0.00 | | $0.00 | FA |
| 16 1996 FORD ESCORT | $400.00 | $400.00 | | $0.00 | FA |
| 17 HAND TOOLS FOR ELECTRICAL WORK | $300.00 | $0.00 | | $0.00 | FA |
| 18 1 SPANISH MASTIFF DOG | $500.00 | $0.00 | | $0.00 | FA |
| 19 GARDENING SUPPLIES | $100.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**            **Gross Value of Remaining Assets**

FORM 1

Case 14-21044 Doc 55 Filed 07/17/15 Entered 07/17/15 08:29:22 Desc Main
Document Page 4 of 12

Page No: 2
Exhibit A

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| **Case No.:** | 14-21044-ERW | **Trustee Name:** | David Leibowitz |
| --- | --- | --- | --- |
| **Case Name:** | KRAJEWSKI, JAKE E. AND KRAJEWSKI, KRISTY A | **Date Filed (f) or Converted (c):** | 06/04/2014 (f) |
| **For the Period Ending:** | 7/15/2015 | **§341(a) Meeting Date:** | 07/22/2014 |
| | | **Claims Bar Date:** | 03/23/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| | $173,202.00 | $850.00 | | $4,633.00 | $0.00 |

**Major Activities affecting case closing:**

| | |
| --- | --- |
| 05/19/2015 | Objection to Claims continued to 5/19/15 |
| 05/19/2015 | Objection to Claim Withdrawn. Attorney to prepare 3012 motion |
| 03/27/2015 | Review Claims and Prepare TFR |
| 12/17/2014 | Ring appraised at $3480.00 -- Fully Exempt. |
| 10/15/2014 | Tax Intercept Completed |
| 09/16/2014 | Ring appraised at $3,480.00 |
| 09/16/2014 | Requested amended B and C to include new value of ring. |
| 07/22/2014 | Continued to August to 8/26/14 @ 11:30 |

**Initial Projected Date Of Final Report (TFR):** 06/24/2015

**Current Projected Date Of Final Report (TFR):** 06/24/2015

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 14-21044-ERW | |
| **Case Name:** | KRAJEWSKI, JAKE E. AND KRAJEWSKI, KRISTY A | |
| **Primary Taxpayer ID #:** | **-***8870 | |
| **Co-Debtor Taxpayer ID #:** | **-***8871 | |
| **For Period Beginning:** | 6/4/2014 | |
| **For Period Ending:** | 7/15/2015 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******4401 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/27/2015 | (1) | United States Treasury | Unscheduled Tax Refund | 1224-000 | $4,633.00 | | $4,633.00 |
| 04/09/2015 | 3001 | JAKE AND KRISTY KRAJEWSKI | Entitled Portion of Tax Refund | 8100-002 | | $2,665.56 | $1,967.44 |
| 05/05/2015 | | Green Bank | Bank Fee for April 2015 | 2600-000 | | $5.70 | $1,961.74 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $3.16 | $1,958.58 |
| | | | **TOTALS:** | | $4,633.00 | $2,674.42 | $1,958.58 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,633.00 | $2,674.42 | |
| | | | Less: Payments to debtors | | $0.00 | $2,665.56 | |
| | | | **Net** | | $4,633.00 | $8.86 | |

| **For the period of 6/4/2014 to 7/15/2015** | | **For the entire history of the account between 03/24/2015 to 7/15/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $4,633.00 | Total Compensable Receipts: | $4,633.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,633.00 | Total Comp/Non Comp Receipts: | $4,633.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $8.86 | Total Compensable Disbursements: | $8.86 |
| Total Non-Compensable Disbursements: | $2,665.56 | Total Non-Compensable Disbursements: | $2,665.56 |
| Total Comp/Non Comp Disbursements: | $2,674.42 | Total Comp/Non Comp Disbursements: | $2,674.42 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 2
FORM 2
Case 14-21044   Doc 55   Filed 07/17/15   Entered 07/17/15 08:29:22   Desc Main
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document       Page 6 of 12
Exhibit B

| | | |
|---|---|---|
| **Case No.** | 14-21044-ERW | |
| **Case Name:** | KRAJEWSKI, JAKE E. AND KRAJEWSKI, KRISTY A | |
| **Primary Taxpayer ID #:** | **-***8870 | |
| **Co-Debtor Taxpayer ID #:** | **-***8871 | |
| **For Period Beginning:** | 6/4/2014 | |
| **For Period Ending:** | 7/15/2015 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******4401 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $4,633.00 | $2,674.42 | $1,958.58 |

**For the period of 6/4/2014 to 7/15/2015**

| | |
|---|---|
| Total Compensable Receipts: | $4,633.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,633.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8.86 |
| Total Non-Compensable Disbursements: | $2,665.56 |
| Total Comp/Non Comp Disbursements: | $2,674.42 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/04/2014 to 7/15/2015**

| | |
|---|---|
| Total Compensable Receipts: | $4,633.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,633.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8.86 |
| Total Non-Compensable Disbursements: | $2,665.56 |
| Total Comp/Non Comp Disbursements: | $2,674.42 |
| Total Internal/Transfer Disbursements: | $0.00 |

# CLAIM ANALYSIS REPORT

Page No: 1

Exhibit C

| Case No.: | 14-21044-ERW | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | KRAJEWSKI, JAKE E. AND KRAJEWSKI, KRISTY A | | | | | | | | Date: 7/15/2015 |
| Claims Bar Date: | 03/23/2015 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $5.66 | $0.00 | $0.00 | $0.00 | $5.66 |
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $491.86 | $0.00 | $0.00 | $0.00 | $491.86 |
| 1 | BRANDENBERRY PARK CONDOMINIUM<br>2424 E. Oakton, Unit 1A<br>Arlington Heights IL 60004 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $7,356.00 | $0.00 | $0.00 | $0.00 | $7,356.00 |
| 2 | CAPITAL ONE BANK (USA), N.A.<br><br>PO Box 71083<br>Charlotte NC 28272-1083 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $3,319.97 | $0.00 | $0.00 | $0.00 | $3,319.97 |
| 3 | CAPITAL ONE BANK (USA), N.A.<br><br>PO Box 71083<br>Charlotte NC 28272-1083 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $5,286.10 | $0.00 | $0.00 | $0.00 | $5,286.10 |
| 4 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $9,419.45 | $0.00 | $0.00 | $0.00 | $9,419.45 |
| 5 | REAL TIME RESOLUTIONS, INC.<br><br>Bk of NY, Mellon FKA Bk of NY (JPMorgan Chase Bk)<br>1349 Empire Central Drive, Suite #150<br>Tex  75247-4029 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $40,117.43 | $0.00 | $0.00 | $0.00 | $40,117.43 |

**Claim Notes:** The value of the interest of Real Time Resolutions Inc., as Agent for The Bank of New York Mellon FKA The Bank of New York, as Successor to JPMorgan Chase Bank, N.A., as Trustee for the Certificateholders of CWHEQ Revolving Home Equity Loan Trust, Series 2005-F ("Bank of New York Mellon") in the estate's interest in the real property commonly known as 2434 E. Brandenberry Ct.,
Apt. 2A, Arlington Heights, IL  60004 is zero, and the full amount of Bank of New York Mellon's claim, designated as Claim No. 5 in this case, filed in the amount of $40,117.43, is unsecured.

Case 14-21044 Doc 55 Filed 07/17/15 Entered 07/17/15 08:29:22 Desc Main
Document Page 8 of 12

CLAIM ANALYSIS REPORT  Page No: 2
Exhibit C

| Case No. | 14-21044-ERW | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | KRAJEWSKI, JAKE E. AND KRAJEWSKI, KRISTY A | | | | | | | | Date: 7/15/2015 |
| Claims Bar Date: | 03/23/2015 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 6 | AMERICAN EXPRESS CENTURION BANK<br><br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $2,289.77 | $0.00 | $0.00 | $0.00 | $2,289.77 |
| **Claim Notes:** | (6-1) CREDIT CARD DEBT | | | | | | | | |
| 7 | DISCOVER BANK<br><br>Discover Products Inc<br>PO Box 3025<br>New Albany OH 43054-3025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $5,588.85 | $0.00 | $0.00 | $0.00 | $5,588.85 |
| | | | | | **$73,875.09** | **$0.00** | **$0.00** | **$0.00** | **$73,875.09** |

**CLAIM ANALYSIS REPORT**  Page No: 3
Exhibit C

| Case No. | 14-21044-ERW | Trustee Name: David Leibowitz |
|---|---|---|
| Case Name: | KRAJEWSKI, JAKE E. AND KRAJEWSKI, KRISTY A | Date: 7/15/2015 |
| Claims Bar Date: | 03/23/2015 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $65,498.95 | $65,498.95 | $0.00 | $0.00 | $0.00 | $65,498.95 |
| Payments to Unsecured Credit Card Holders | $7,878.62 | $7,878.62 | $0.00 | $0.00 | $0.00 | $7,878.62 |
| Trustee Compensation | $491.86 | $491.86 | $0.00 | $0.00 | $0.00 | $491.86 |
| Trustee Expenses | $5.66 | $5.66 | $0.00 | $0.00 | $0.00 | $5.66 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.:      14-21044
Case Name:     JAKE E. KRAJEWSKI
               KRISTY A KRAJEWSKI
Trustee Name:  David P. Leibowitz

  Balance on hand:    $1,958.58

Claims of secured creditors will be paid as follows: NONE

  Total to be paid to secured creditors:    $0.00
  Remaining balance:    $1,958.58

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $491.86 | $0.00 | $491.86 |
| David P. Leibowitz, Trustee Expenses | $5.66 | $0.00 | $5.66 |

  Total to be paid for chapter 7 administrative expenses:    $497.52
  Remaining balance:    $1,461.06

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

  Total to be paid to prior chapter administrative expenses:    $0.00
  Remaining balance:    $1,461.06

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

  Total to be paid to priority claims:    $0.00
  Remaining balance:    $1,461.06

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $73,377.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Brandenberry Park Condominium | $7,356.00 | $0.00 | $146.47 |
| 2 | Capital One Bank (USA), N.A. | $3,319.97 | $0.00 | $66.11 |
| 3 | Capital One Bank (USA), N.A. | $5,286.10 | $0.00 | $105.25 |
| 4 | PYOD, LLC its successors and assigns as assignee | $9,419.45 | $0.00 | $187.56 |
| 5 | Real Time Resolutions, Inc. | $40,117.43 | $0.00 | $798.80 |
| 6 | American Express Centurion Bank | $2,289.77 | $0.00 | $45.59 |
| 7 | Discover Bank | $5,588.85 | $0.00 | $111.28 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $1,461.06 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |