**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-21044 |
| | § | |
| JAKE E. KRAJEWSKI | § | |
| KRISTY A KRAJEWSKI | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 08/25/2015, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   07/30/2015            By:  /s/ David P. Leibowitz
                                          Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-21044 |
| | § | |
| JAKE E. KRAJEWSKI | § | |
| KRISTY A KRAJEWSKI | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $4,633.00
*and approved disbursements of* $2,674.42
*leaving a balance on hand of[1]:* $1,958.58

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $1,958.58

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $491.86 | $0.00 | $491.86 |
| David P. Leibowitz, Trustee Expenses | $5.66 | $0.00 | $5.66 |

Total to be paid for chapter 7 administrative expenses: $497.52
Remaining balance: $1,461.06

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,461.06

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $1,461.06

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $73,377.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Brandenberry Park Condominium | $7,356.00 | $0.00 | $146.47 |
| 2 | Capital One Bank (USA), N.A. | $3,319.97 | $0.00 | $66.11 |
| 3 | Capital One Bank (USA), N.A. | $5,286.10 | $0.00 | $105.25 |
| 4 | PYOD, LLC its successors and assigns as assignee | $9,419.45 | $0.00 | $187.56 |
| 5 | Real Time Resolutions, Inc. | $40,117.43 | $0.00 | $798.80 |
| 6 | American Express Centurion Bank | $2,289.77 | $0.00 | $45.59 |
| 7 | Discover Bank | $5,588.85 | $0.00 | $111.28 |

Total to be paid to timely general unsecured claims: $1,461.06
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST Form 101-7-NFR (10/1/2010)**

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 14-21044-ERW
Jake E. Krajewski
Kristy A Krajewski  Chapter 7
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: dross      Page 1 of 2      Date Rcvd: Jul 31, 2015
                              Form ID: pdf006      Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2015.

```
db/jdb         +Jake E. Krajewski,    Kristy A Krajewski,    4008 Bluebird Lane,    Rolling Meadows, IL 60008-2909
22028958       +Amerian Express,    P.O. Box 36001,    Fort Lauderdale, FL 33336-0001
22028956       +American Eagle Bank,    556 Randall Road,    South Elgin, IL 60177-3315
22058916        American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
23396340       #+Bank of New York Mellon,    5730 Katella Avenue,    Cypress, CA 90630-5005
22028953       +Brandenberry Park Condominium,    2424 E. Oakton, Unit 1A,    Arlington Heights, IL 60004-5157
22828283        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
22028960       +Capital One Bank c/o,    Alliance One Receivables,    P.O. Box 3111,,
                 Southeastern, PA 19398-3111
22028959        Capital One c/o Blatt,,    Hasenmiller, Leibsker,    126 S. Wacker Dr., Suite 400,
                 Chicago, IL 60606
22028961       +Chase Bank c/o GL Services,    Limited,    6330 Gulfton,,    Houston, TX 77081-1108
22028967       +Citi Bank N.A. c/o Global,    Credit & Collection Corp.,    2699 Lee Rd., Suite 330,,
                 Winter Park, FL 32789-1740
22041472       +Citi MasterCard, Estate Info,    Servies & Collections,    PO Box 1730,,
                 Reynoldsurg, OH 43068-8730
22028966       +Citi Mastercard, Estate Info,    Services & Collections,    P.O. Box 1730,,
                 Reynoldburg, OH 43068-8730
22028954       +Cook County Treasurer,    P.O. Box 805436,    Chicago, IL 60680-4155
22028952       +Countrywide Home Loans,    c/o Pierce & Associates,    1 N. Dearborn St, Suite 1300,
                 Chicago, IL 60602-4321
22028965       +Discover Bank c/o Weitman,,    Weinberg & Reis,    180 N. LaSalle St, Suite 2400,,
                 Chicago, IL 60601-2704
22028955       +Greentree Servicing,    c/o Pierce & Assoc.,    1 N. Dearborn St,    Chicago, IL 60602-4331
22028964       +MSW Capital, LLC, c/o,    Praxis Financial Solutions,    7301 N. Lincoln Ave, Ste 220,,
                 Lincolnwood, IL 60712-1733
22028962       +Michael G. Krajewski,    100 N. Owen Street,    Mount Prospect, IL 60056-2534
22028957       +State Farm Bank,    P.O. Box 3299,    Milwaukee, WI 53201-3299
22028963       +WaMu c/o Chase Bank USA,    ARS National Services,    P.O. Box 463023,,
                 Escondido, CA 92046-3023
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
23044463        E-mail/PDF: mrdiscen@discover.com Aug 01 2015 01:25:27      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
22854284       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2015 01:01:02
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
22974888        E-mail/Text: bkdepartment@rtresolutions.com Aug 01 2015 01:14:23
                 Real Time Resolutions, Inc.,    Bk of NY, Mellon FKA Bk of NY,    (JPMorgan Chase Bk),
                 1349 Empire Central Drive, Suite #150,    Dallas, Texas 75247-4029
                                                                                              TOTAL: 3
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
23026541*        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
22041470*       +Capital One Bank c/o,    Alliance One Receivables,    P.O. Box 3111,
                  Southeastern, PA 19398-3111
22041469*        Capital One c/o Blatt,,    Hasenmiller, leibsker,    126 S. Wacker Dr., Suite 400,
                  Chicago, IL 60606
22041471*       +Citi Bank N.A., c/o Global,    Credit & Collection Corp.,    2699 Lee Rd., Suite 330,
                  Winter Park, FL 32789-1740
22041473*       +Discover Bank c/o Weitman, Weinberg,    & Reis,    180 N. LaSalle St, Suite 2400,
                  Chicago, IL 60601-2704
22041475*       +MSW Capital, LLC, c/o Praxis Financial,    Solutions,    7301 N. Lincoln Ave, Ste 220,
                  Lincolnwood, IL 60712-1733
22041474*       +Michael G. Krajewski,    100 N. Owen Street,    Mount Prospect, IL 60056-2534
22041468*       +State Farm Bank,    P.O. Box 3299,    Milwaukee, WI 53201-3299
22041476*       +WaMu c/o Chase Bank USA,    ARS National Services,    P.O. Box 463023,    Escondido, CA 92046-3023
                                                                                             TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0752-1          User: dross              Page 2 of 2                  Date Rcvd: Jul 31, 2015
                              Form ID: pdf006          Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2015                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2015 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Nisha B Parikh    on behalf of Creditor    Real Time Resolutions Inc., as Agent for The Bank of New
               York Mellon FKA The Bank of New York, as Successor to JPMorgan Chase Bank, N.A., as Trustee for
               the Certificateholders of CWHEQ Revolving Home nparikh@fal-illinois.com,
               bankruptcy@fal-illinois.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven C Lindberg    on behalf of Creditor    Real Time Resolutions Inc., as Agent for The Bank of
               New York Mellon FKA The Bank of New York, as Successor to JPMorgan Chase Bank, N.A., as Trustee
               for the Certificateholders of CWHEQ Revolving Home bankruptcy@fallaw.com
              Toni  Townsend    on behalf of Creditor    Green Tree Servicing LLC
               toni.townsend@pierceservices.com,  northerndistrict@atty-pierce.com
              William J Flotow    on behalf of Joint Debtor Kristy A Krajewski billflotow2@aol.com
              William J Flotow    on behalf of Debtor Jake E. Krajewski billflotow2@aol.com
                                                                                             TOTAL: 8
```