# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 14-21044 |
| | § | |
| JAKE E. KRAJEWSKI | § | |
| KRISTY A KRAJEWSKI | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $80,850.00 | Assets Exempt: | $92,352.00 |
| Total Distributions to Claimants: | $1,461.06 | Claims Discharged Without Payment: | $96,567.51 |
| Total Expenses of Administration: | $506.38 | | |

3) Total gross receipts of $4,633.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $2,665.56 (see **Exhibit 2**), yielded net receipts of $1,967.44 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $275,052.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $506.38 | $506.38 | $506.38 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $95,030.00 | $73,377.57 | $73,377.57 | $1,461.06 |
| **Total Disbursements** | $370,082.00 | $73,883.95 | $73,883.95 | $1,967.44 |

4). This case was originally filed under chapter 7 on 06/04/2014. The case was pending for 22 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/06/2016      By:   /s/ David P. Leibowitz
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2014 Tax Refund | 1224-000 | $4,633.00 |
| **TOTAL GROSS RECEIPTS** | | $4,633.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| JAKE AND KRISTY KRAJEWSKI | Exemptions | 8100-002 | $2,665.56 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $2,665.56 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Eagle Bank | 4210-000 | $2,858.00 | $0.00 | $0.00 | $0.00 |
| | Cook County Treasurer | 4700-000 | $10,166.00 | $0.00 | $0.00 | $0.00 |
| | Cook County Treasurer | 4700-000 | $10,166.00 | $0.00 | $0.00 | $0.00 |
| | Countrywide Home Loans | 4110-000 | $125,931.00 | $0.00 | $0.00 | $0.00 |
| | Greentree Servicing | 4110-000 | $125,931.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $275,052.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $491.86 | $491.86 | $491.86 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $5.66 | $5.66 | $5.66 |
| Green Bank | 2600-000 | NA | $8.86 | $8.86 | $8.86 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $506.38 | $506.38 | $506.38 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE


**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE


**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Brandenberry Park Condominium | 7100-000 | $3,759.00 | $7,356.00 | $7,356.00 | $0.00 |
|  | Office of the Bankruptcy Clerk (Claim No. 1; Brandenberry Park Condominium) | 7100-001 | $0.00 | $0.00 | $0.00 | $146.47 |
|  | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $0.00 | $0.00 | $66.11 |
| 2 | Capital One Bank (USA), N.A. | 7100-900 | $3,519.00 | $3,319.97 | $3,319.97 | $0.00 |
|  | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $0.00 | $0.00 | $105.25 |
| 3 | Capital One Bank (USA), N.A. | 7100-900 | $5,178.00 | $5,286.10 | $5,286.10 | $0.00 |
|  | PYOD, LLC its successors and assigns as assignee | 7100-000 | $0.00 | $0.00 | $0.00 | $187.56 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $9,619.00 | $9,419.45 | $9,419.45 | $0.00 |
| 5 | Real Time Resolutions, Inc. | 7100-000 | $40,117.00 | $40,117.43 | $40,117.43 | $798.80 |
| 6 | American Express Centurion Bank | 7100-900 | $2,399.00 | $2,289.77 | $2,289.77 | $45.59 |
| 7 | Discover Bank | 7100-900 | $5,788.00 | $5,588.85 | $5,588.85 | $111.28 |
|  | Michael G. Krajewski | 7100-000 | $7,567.00 | $0.00 | $0.00 | $0.00 |
|  | MSW Capital LLC | 7100-000 | $492.00 | $0.00 | $0.00 | $0.00 |
|  | State Farm Bank | 7100-000 | $3,056.00 | $0.00 | $0.00 | $0.00 |
|  | WaMu | 7100-000 | $4,499.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Bank | 7100-900 | $5,792.00 | $0.00 | $0.00 | $0.00 |
|  | Citi Bank N.A. | 7100-900 | $3,245.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $95,030.00 | $73,377.57 | $73,377.57 | $1,461.06 |

**UST Form 101-7-TDR (10/1/2010)**

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 14-21044-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KRAJEWSKI, JAKE E. AND KRAJEWSKI, KRISTY A | Date Filed (f) or Converted (c): | 06/04/2014 (f) |
| For the Period Ending: | 4/6/2016 | §341(a) Meeting Date: | 07/22/2014 |
| | | Claims Bar Date: | 03/23/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  2014 Tax Refund (u) | $0.00 | $4,633.00 | | $4,633.00 | FA |
| 2  2434 E. BRANDENBERRY CT. UNIT A ARLINGTON HEIGHTS, IL 60004 | $80,000.00 | $0.00 | | $0.00 | FA |
| 3  CASH ON HAND | $1,045.00 | $0.00 | | $0.00 | FA |
| 4  CHASE BANK PO BOX 659734 SAN ANTONIO, TX 78265 | $74.00 | $0.00 | | $0.00 | FA |
| 5  CHASE BANK, PO BOX 659734, SAN ANTONIO, TX 78265 | $24.00 | $0.00 | | $0.00 | FA |
| 6  CHASE BANK | $1,013.00 | $0.00 | | $0.00 | FA |
| 7  MICHAEL STRASS, 1009 N BELMONT AVENUE ARLINGTON HEIGHTS, IL 60004 | $500.00 | $0.00 | | $0.00 | FA |
| 8  NORMAL AMOUNTS OF USED FURNITURE, CHILDREN'S FURNITURE ALL IN 3 BEDROOM RENTED HOUSE | $400.00 | $0.00 | | $0.00 | FA |
| 9  ANTIQUES FROM GRANDMA; 200 DVD'S | $100.00 | $0.00 | | $0.00 | FA |
| 10 NORMAL AMOUNTS OF USED CLOTHING | $100.00 | $0.00 | | $0.00 | FA |
| 11 LADIES ENGAGEMENT RING AND 2 WEDDING BANDS | $3,480.00 | $0.00 | | $0.00 | FA |
| 12 FISHING POLES; 40 CAL. AUTOMATIC HANDGUN | $600.00 | $0.00 | | $0.00 | FA |
| 13 ETI BENEFIT FUND, 221 N LASALLE ST. SUITE 200 CHICAGO, IL 60601 | $77,591.00 | $0.00 | | $0.00 | FA |
| 14 2003 CHEVROLET TRAILBLAZER MOTOR VEHICLE | $2,850.00 | $450.00 | | $0.00 | FA |
| 15 2001 JEEP WRANGLER SPORT/TJSP | $4,125.00 | $0.00 | | $0.00 | FA |
| 16 1996 FORD ESCORT | $400.00 | $400.00 | | $0.00 | FA |
| 17 HAND TOOLS FOR ELECTRICAL WORK | $300.00 | $0.00 | | $0.00 | FA |
| 18 1 SPANISH MASTIFF DOG | $500.00 | $0.00 | | $0.00 | FA |
| 19 GARDENING SUPPLIES | $100.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                      **Gross Value of Remaining Assets**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 14-21044-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KRAJEWSKI, JAKE E. AND KRAJEWSKI, KRISTY A | Date Filed (f) or Converted (c): | 06/04/2014 (f) |
| For the Period Ending: | 4/6/2016 | §341(a) Meeting Date: | 07/22/2014 |
| | | Claims Bar Date: | 03/23/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| | $173,202.00 | $5,483.00 | | $4,633.00 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 03/24/2016 | TDR needed - unclaimed funds deposited 3/2016 |
| 05/19/2015 | Objection to Claims continued to 5/19/15 |
| 05/19/2015 | Objection to Claim Withdrawn. Attorney to prepare 3012 motion |
| 03/27/2015 | Review Claims and Prepare TFR |
| 12/17/2014 | Ring appraised at $3480.00 -- Fully Exempt. |
| 10/15/2014 | Tax Intercept Completed |
| 09/16/2014 | Ring appraised at $3,480.00 |
| 09/16/2014 | Requested amended B and C to include new value of ring. |
| 07/22/2014 | Continued to August to 8/26/14 @ 11:30 |

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/24/2015 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 06/24/2015 | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1
Exhibit 9

| Case No. | 14-21044-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KRAJEWSKI, JAKE E. AND KRAJEWSKI, KRISTY A | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8870 | Checking Acct #: | ******4401 |
| Co-Debtor Taxpayer ID #: | **-***8871 | Account Title: | |
| For Period Beginning: | 6/4/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/6/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/27/2015 | (1) | United States Treasury | Unscheduled Tax Refund | 1224-000 | $4,633.00 | | $4,633.00 |
| 04/09/2015 | 3001 | JAKE AND KRISTY KRAJEWSKI | Entitled Portion of Tax Refund | 8100-002 | | $2,665.56 | $1,967.44 |
| 05/05/2015 | | Green Bank | Bank Fee for April 2015 | 2600-000 | | $5.70 | $1,961.74 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $3.16 | $1,958.58 |
| 08/25/2015 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $491.86 | $1,466.72 |
| 08/25/2015 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $5.66 | $1,461.06 |
| 08/25/2015 | 3004 | Brandenberry Park Condominium | Claim #: 1; Amount Claimed: 7,356.00; Amount Allowed: 7,356.00; Distribution Dividend: 1.99; | 7100-000 | | $146.47 | $1,314.59 |
| 08/25/2015 | 3005 | Capital One Bank (USA), N.A. | Claim #: 2; Amount Claimed: 3,319.97; Amount Allowed: 3,319.97; Distribution Dividend: 1.99; | 7100-000 | | $66.11 | $1,248.48 |
| 08/25/2015 | 3006 | Capital One Bank (USA), N.A. | Claim #: 3; Amount Claimed: 5,286.10; Amount Allowed: 5,286.10; Distribution Dividend: 1.99; | 7100-000 | | $105.25 | $1,143.23 |
| 08/25/2015 | 3007 | PYOD, LLC its successors and assigns as assignee | Claim #: 4; Amount Claimed: 9,419.45; Amount Allowed: 9,419.45; Distribution Dividend: 1.99; | 7100-000 | | $187.56 | $955.67 |
| 08/25/2015 | 3008 | Real Time Resolutions, Inc. | Claim #: 5; Amount Claimed: 40,117.43; Amount Allowed: 40,117.43; Distribution Dividend: 1.99; | 7100-000 | | $798.80 | $156.87 |
| 08/25/2015 | 3009 | American Express Centurion Bank | Claim #: 6; Amount Claimed: 2,289.77; Amount Allowed: 2,289.77; Distribution Dividend: 1.99; | 7100-900 | | $45.59 | $111.28 |
| 08/25/2015 | 3010 | Discover Bank | Claim #: 7; Amount Claimed: 5,588.85; Amount Allowed: 5,588.85; Distribution Dividend: 1.99; | 7100-900 | | $111.28 | $0.00 |
| 03/09/2016 | 3004 | STOP PAYMENT: Brandenberry Park | Stop Payment for Check# 3004 | 7100-004 | | ($146.47) | $146.47 |
| 03/09/2016 | 3011 | Office of the Bankruptcy Clerk | Unclaimed Dividends | 7100-001 | | $146.47 | $0.00 |

| | | | | **SUBTOTALS** | $4,633.00 | $4,633.00 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-21044-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KRAJEWSKI, JAKE E. AND KRAJEWSKI, KRISTY A | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8870 | Checking Acct #: | ******4401 |
| Co-Debtor Taxpayer ID #: | **-***8871 | Account Title: | |
| For Period Beginning: | 6/4/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/6/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $4,633.00 | $4,633.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,633.00 | $4,633.00 | |
| | | | Less: Payments to debtors | | $0.00 | $2,665.56 | |
| | | | **Net** | | $4,633.00 | $1,967.44 | |

**For the period of 6/4/2014 to 4/6/2016**

| | |
|---|---|
| Total Compensable Receipts: | $4,633.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,633.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,967.44 |
| Total Non-Compensable Disbursements: | $2,665.56 |
| Total Comp/Non Comp Disbursements: | $4,633.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/24/2015 to 4/6/2016**

| | |
|---|---|
| Total Compensable Receipts: | $4,633.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,633.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,967.44 |
| Total Non-Compensable Disbursements: | $2,665.56 |
| Total Comp/Non Comp Disbursements: | $4,633.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 14-21044-DLT | **Trustee Name:** David Leibowitz |
| **Case Name:** | KRAJEWSKI, JAKE E. AND KRAJEWSKI, KRISTY A | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | **-***8870 | **Checking Acct #:** ******4401 |
| **Co-Debtor Taxpayer ID #:** | **-***8871 | **Account Title:** |
| **For Period Beginning:** | 6/4/2014 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 4/6/2016 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $4,633.00 | $4,633.00 | $0.00 |

| For the period of 6/4/2014 to 4/6/2016 | | For the entire history of the case between 06/04/2014 to 4/6/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,633.00 | Total Compensable Receipts: | $4,633.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,633.00 | Total Comp/Non Comp Receipts: | $4,633.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,967.44 | Total Compensable Disbursements: | $1,967.44 |
| Total Non-Compensable Disbursements: | $2,665.56 | Total Non-Compensable Disbursements: | $2,665.56 |
| Total Comp/Non Comp Disbursements: | $4,633.00 | Total Comp/Non Comp Disbursements: | $4,633.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |